[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-15471
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 26, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:10-cr-00343-SDM-TBM-1

UNITED STATES OF AMERICA,

                                                                    Plaintiff - Appellee,

                          versus

LUKE KAY,

                                                                    Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 26, 2011)

Before HULL, WILSON and BLACK, Circuit Judges.

PER CURIAM:

    Howard C. Anderson, appointed counsel for Luke Kay, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Kay's supervised release and resulting sentence are **AFFIRMED**.